TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6268
jessica.oliva@usdoj.gov

COLIN N. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
CHRISTOPHER WENGER
Trial Attorney
U.S. Department of Justice
Health Care Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 445-9670
christopher.wenger@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>DUBINCONSULTANTS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | Case No. 2:24-mj-00883-BNW<br><br>**Government's Motion to Unseal** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to unseal this case, including the Search Warrant filed herein and all related

///

///

documents in anticipation of producing the same as discovery in Case No. 2:26-cr-00166-CDS-BNW.

DATED: September 9, 2026.

Respectfully,

TODD BLANCHE
Attorney General of the United States

BY:_*/s/ Jessica Oliva*_____
JESSICA OLIVA
Assistant United States Attorney
Counsel for the United States

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

BY:_*/s/ Christopher Wenger*__
CHRISTOPHER WENGER
Trial Attorney
Health Care Fraud Section
Counsel for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>DUBINCONSULTANTS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | Case No. 2:24-mj-00883-BNW<br><br>**ORDER** |

Based on the government's motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 9th day of September, 2026.

HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE